IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| KELLY MCCOLLUM, individually and on behalf of others similarly situated, | * * * * | |
| Plaintiff, | * * | CV 125-240 |
| v. | * * | |
| MCBS, LLC., | * * | |
| Defendant. | * * | |

ORDER

Before the Court is the Plaintiff's notice of voluntary dismissal. (Doc. 11.) Defendant has not filed an answer or motion for summary judgment. Thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of December, 2025.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA